NO. 07-03-0140-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL 

JUNE 5, 2003

______________________________

ALLISON & DAVID CHAPA

Appellants

v.

MCDOUGAL PROPERTIES, AND TEXAS STATE LEGAL SERVICES

Appellees

_________________________________

FROM THE COUNTY COURT AT LAW NO. 3 OF LUBBOCK COUNTY

NO. 2002-593,577; HON. PAULA LANEHART, PRESIDING

_______________________________

Before QUINN, REAVIS, and CAMPBELL, JJ.

Appellants Allison and David Chapa filed a notice of appeal on March 20, 2003.  However, the Chapas did not pay the $125 filing fee required from appellants pursuant to Texas Rule of Appellate Procedure 5.  Nor did they file an affidavit pursuant to Texas Rule of Appellate Procedure 20.1 relieving appellants of their duty to pay the fee.  By letter from this Court dated May 22, 2003, we informed appellants that “[u]nless the filing fee in the amount of $125.00 is paid by Monday, June 02, 2003, the appeal will be subject to dismissal.”  
Tex. R. App. 
P. 42.3(c); 
see Holt v. F. F. Enterprises
, 990 S.W.2d 756 (Tex. App.--Amarillo 1998, pet. ref’d).  June 2
nd
 lapsed without the fee being paid.

Consequently, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c). 

 

                                                                

Per Curiam